COMMONWEALTH of Pennsylvania, Petitioner

v.

Hugo Alberto CABRERA, Respondent

No. 474 MAL 2017

Supreme Court of Pennsylvania.

October 31, 2017

## ORDER

PER CURIAM

**AND NOW**, this 31st day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**